UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No.  1:15-cr-115

v.        HON. JANET T. NEFF

WILLIAM JAYNES SIMMONS,

        Defendant.
_____/

## REPORT AND RECOMMENDATION

On March 30, 2018, a Petition for Warrant or Summons for Offender Under Supervision was filed, alleging 3 violations of the defendant's conditions of supervised release.

An initial appearance was conducted on April 23, 2018, at which time the defendant given time to determine if a revocation hearing was necessary.

On May 23, 2018, the parties appeared before the undersigned for a revocation hearing and defendant waived his right to appear before a district judge, his right to allocution before a district judge, and his right to sentencing before a district judge. Thereafter, the defendant admitted to violations #1, 2, and 3 as set forth in the petition. For the reasons stated on the record, it is recommended that the Court find the defendant did violate the conditions of supervised release as set forth in violations # 1, 2,

and 3 of the petition and that the attached Judgment in a Criminal Case for Revocation of

Probation or Supervised Release be entered.


Date: May 24, 2018                             /s/ Timothy P. Greeley
                                              TIMOTHY P. GREELEY
                                              United States Magistrate Judge


## NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing.  *See* W.D. MICH. L.CR.R. 11.1(d).