UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 1:15-cr-115

    HON. JANET T. NEFF

WILLIAM JAYNES SIMMONS,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on May 24, 2018 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 45) is approved and adopted as the opinion of the Court.

2. The Court finds that the defendant did violate the conditions of supervised release as set forth in Violations One, Two and Three of the petition.

A Judgment will issue.


Dated: June 11, 2018                                                     /s/ Janet T. Neff
                                                                                  JANET T. NEFF
                                                                                  United States District Judge